# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>DA'MARSELL CONTRELL MILLER,<br><br>                Defendant. | 4:25CR3047<br><br>ORDER |

The plaintiff has filed a Motion to Extend (Filing No. 42). Defendant does not oppose the motion. Accordingly,

**IT IS ORDERED:**

1. On or before August 27, 2025, the government shall file its brief in opposition to the defendant's motions. See NECrimR 12.3(c).

2. On or before September 3, 2025, the parties shall meet and confer to resolve any issues not requiring an evidentiary hearing, agree upon any factual stipulations to be presented to the court, and discuss proposed exhibits and witnesses.

3. On or before September 10, 2025, the parties shall deliver to the undersigned's chambers via email to deluca@ned.uscourts.gov or hand delivery their proposed witness list(s), exhibit list(s), and copies of all exhibits.

4. A telephone status conference to discuss prehearing matters and the scheduling of an evidentiary hearing will be held before the undersigned magistrate judge on **September 17, 2025, at 9:15 a.m.** Conferencing instructions will be provided under a separate order.

Dated this 15th day of August, 2025.

                                                   BY THE COURT:

                                                   *s/ Jacqueline M. DeLuca*
                                                   United States Magistrate Judge