# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:25CR3047 |
| vs. | |
| DA'MARSELL CONTRELL MILLER, | ORDER |
| Defendant. | |

Defense counsel contacted the Court via email and requested a thirty day continuance on all deadlines currently set in this matter and concerning Defendant's pending Motion for Franks Hearing and Motion to Suppress (Filing Nos. 35 and 37). The government advised it had no objection to such continuance. The Court found good cause based upon the statements set forth by defense counsel. Accordingly,

**IT IS ORDERED:**

1. On or before October 9, 2025, the parties shall meet and confer to resolve any issues not requiring an evidentiary hearing, agree upon any factual stipulations to be presented to the court, and discuss proposed exhibits and witnesses.

2. On or before October 16, 2025, the parties shall deliver to the undersigned's chambers via email to deluca@ned.uscourts.gov or hand delivery their proposed witness list(s), exhibit list(s), and copies of all exhibits.

3. A telephone status conference to discuss prehearing matters and the scheduling of an evidentiary hearing will be held before the undersigned magistrate judge on **October 22, 2025, at 8:45 a.m.** Conferencing instructions will be provided under a separate order.

Dated this 9th day of September, 2025.

BY THE COURT:

*s/ Jacqueline M. DeLuca*
United States Magistrate Judge