IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:25CR3047 |
| vs. | |
| DA'MARSELL CONTRELL MILLER, | ORDER TO DESTROY |
| Defendant. | |

Counsel for the defendant notified the court on 2/5/2026 that they wish the following exhibits held by the court in this matter to be destroyed.

Defendant's Trial Exhibits February 2-4, 2026

Pursuant NECivR 79.1(f) or NECrimR 55.1(g), if counsel fails to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the above- listed exhibits 14 days from the date of this order.

IT IS SO ORDERED.

DATED:  February 5, 2026

BY THE COURT

Susan M. Bazis
United States District Judge

Exhibits-Order_to_Destroy.docx
Approved 12/17/15