IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | |
| Plaintiff, | | **4:25CR3047** |
| vs. | | |
| DA'MARSELL CONTRELL MILLER, | | **ORDER** |
| Defendant. | | |

IT IS ORDERED:

1. The Request for Transcript (Filing No. 137) is granted.

2. The Clerk's Office shall provide a copy of this order to the party requesting the transcripts.

3. The requester shall be responsible for the cost of the transcripts.

4. The requester is directed to contact the court reporter to arrange for payment.[1]

Dated this 15th day of July, 2026.

BY THE COURT:

s/ Susan M. Bazis
United States District Judge

---

[1] The Court reporter, Lisa Grimminger, may be reached at (402) 437-1908 or Lisa_Grimminger@ned.uscourts.gov.